IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kent Leroy Clark, | ) | C.A. No. 3:06-2737 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| United States of America; and John J. LaManna, Warden at FCI - Edgefield | ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

This action, seeking habeas corpus relief pursuant to Title 28, United States Code, Section 2241, was filed by *pro se* Petitioner Kent Leroy Clark ("Petitioner") on September 29, 2006 (Doc. #1). On November 2, 2006, Magistrate Judge Joesph R. McCrorey issued a Report and Recommendation in this case recommending that the "petition . . . be dismissed *without prejudice* and without requiring the respondents to file a return." (Doc. #6). Objections to the Report and Recommendation issued by Magistrate Judge McCrorey were due on or before November 20, 2006. No party to this action filed any objections.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

2

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation, and for the reasons articulated by the Magistrate Judge, and in light of no party to this action filing any objections to the Report and Recommendation, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #6), and this action is dismissed without prejudice.

**IT IS SO ORDERED.**

S/ Terry L. Wooten

Terry L. Wooten
United States District Judge

December 4, 2006
Florence, South Carolina